BOUSA, INC. (f/k/a BULK OIL (U.S.A.) INC.), Plaintiff, v. UNITED STATES, Defendant.

Court No. 90–12–00658

## JUDGMENT

MUSGRAVE, *Senior Judge*: This action was previously before the Court on cross-motions for summary judgment. The Court denied both motions and ordered the parties to submit a proposed scheduling order setting a date for trial. *See BOUSA, Inc. v. United States*, slip op. 01–53, 25 CIT ___ (Apr. 26, 2001). After several amendments to the scheduling order, the parties have now submitted a Stipulation for Judgment on Agreed Statement of Facts.

Upon consideration of the parties' stipulation, it is hereby

ORDERED that the appropriate Bureau of Customs and Border Protection officials shall reliquidate the entries at issue and pay the resulting refunds in accordance with the stipulation of the parties, and it is further

ORDERED that this action is decided and final judgment shall be entered.

UNITED STATES, Plaintiff, v. CARNATION CREATIONS, INC., JAMES PENG, a/k/a WEN CHIN PENG, a/k/a WEN C. CHEN, ANGELA CHEN a/k/a SHU-MEI CHEN, and E&T FASHION, INC. Defendant.

Court No.: 00–07–00329

## ORDER AND JUDGMENT

WALLACH, *Senior Judge*: Upon consideration of the parties' Joint Stipulation For the Entry of Judgment ("Parties' Stipulation"), the Court having reviewed the papers and pleadings on file herein, and after due deliberation, it is hereby

ORDERED, ADJUDGED and DECREED that judgment be and hereby is entered in favor of the United States and against Defendants E&T Fashion, Inc., Angela Chen a/k/a Shu-Mei Chen, and James Peng a/k/a Wen Chin Peng a/k/a Wen C. Chen, jointly and severally, in the amount of $128, 756, inclusive of interest; and it is further

ORDERED that each party shall bear its own costs, expenses, and attorney fees.